*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Russell L. Sherman

Case No: 18–10669–ref

Debtor(s)

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts in which a presumption of abuse has arisen under 11 U.S.C. 707(b).

Dated: 2/1/18

For The Court

Timothy B. McGrath
Clerk of Court

6
Form 210Y